# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 09-20602-CR-KING

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIE WALKER,

     Defendant.

_____/

## ORDER DENYING MOTION TO SUPPRESS

THIS CAUSE comes before the Court upon the October 23, 2009, Report and Recommendation of Magistrate Judge Ted. E Bandstra (D.E. # 27), recommending that Defendant Walker's Motion to Suppress (D.E. # 18), dated September 28, 2009, be **DENIED.** Defendant Objected to the Report and Recommendation (D.E. # 29), filed on October 30, 2009.

The Court concludes that the Report and Recommendation contains thorough and well-reasoned recommendations. Judge Bandstra conducted an evidentiary hearing on the Motion on October 21, 2009. Based on the facts, applicable law, and consideration of the arguments made at the hearing, Judge Bandstra found that the officers in the instant case acted within the scope of the law by entering Defendant's apartment without a warrant.

Defendant Walker's objections to Judge Bandstra's Report and Recommendation based on the conflicting testimony of Defendant's witnesses, are insufficient to undermine Judge Bandstra's conclusion.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED, and DECREED** that Defendant Walker's Motion to Suppress (D.E. # 18) be, and the same is hereby, **DENIED** with prejudice.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 12th day of November, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**_Counsel for Plaintiff_**
**Andrea Dottie Ricker Wolfson**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132

**_Counsel for Defendants_**
**Stewart Glenn Abrams**
Federal Public Defender's Office
150 W Flagler Street
Miami , FL 33130-1556